No. 99–933. HATLEY v. MCCARTER. Ct. App. Tex., 5th Dist. Certiorari denied.

No. 99–934. HUGH CHALMERS MOTORS, INC. v. GULF STATES TOYOTA, INC. C. A. 8th Cir. Certiorari denied.

No. 99–938. MORROW ET AL. v. STATE BAR OF CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–942. NATIONAL AMERICAN INSURANCE CO. ET AL. v. RUPPERT LANDSCAPE CO., INC. C. A. 4th Cir. Certiorari denied.

No. 99–948. CIMINO ET AL. v. PITTSBURGH CORNING CORP. C. A. 3d Cir. Certiorari denied.

No. 99–951. ANDERSON ET UX. v. FORD MOTOR CO. C. A. 8th Cir. Certiorari denied.

No. 99–954. GEORGE v. NATIONAL ASSOCIATION OF LETTER CARRIERS ET AL. C. A. 5th Cir. Certiorari denied.

No. 99–957. CHAMBLEY ET AL. v. PIKE COUNTY ET AL. C. A. 11th Cir. Certiorari denied.

No. 99–958. YSLETA DEL SUR PUEBLO v. TEXAS. C. A. 5th Cir. Certiorari denied.

No. 99–962. PETTIT ET AL. v. BAY AREA PIPE TRADES PENSION TRUST FUND ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–963. BELLO v. UNIVERSITY OF DAYTON SCHOOL OF LAW ET AL. C. A. 6th Cir. Certiorari denied.

No. 99–965. SMITH v. FAUCHEUX ET AL. C. A. 5th Cir. Certiorari denied.

No. 99–966. JULIEN v. COUNTY OF ALAMEDA ET AL. C. A. 9th Cir. Certiorari denied.